June 5, 2015

Michael O. Hutchins
TDC# 1709039
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx 78102

Abel Acosta - Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

55,694-02

RE: No. C-213-010078-1147257-A

Dear Mr. Abel Acosta,

Enclosed Please find A Letter of
Request. That this Court has my Writ of Habeas
Corpus 11.07. Sent to this Court. For ~~Reason~~
Reasons of Delay.

Your Concern in this Matter
is Appreciated.

Respectfully, Submitted

Michael O'Neal Hutchins

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2015

Abel Acosta; Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 1 ^ 20

Abel Acosta. Clerk

EX PARTE

APPLICANT

MICHAEL O'NEAL HUTCHINS

§
§
§
§

IN THE 213th

DISTRICT COURT OF

TARRANT COUNTY, TEXAS

---

TO THIS HONORABLE COURT:

IF IT PLEASES. This Honorable Court. Comes Now. MICHAEL O'NEAL HUTCHINS PRO Se. to this Honorable Court. Submitting this Request to have MY Post Conviction WRit of Habeas Corpus transferred to this Court. Due to Excessive Delay.

On Dec. 16 2013. I filed MY Post Conviction Great WRit of Habeas Corpus with the Convicting Court. On Dec. 23 2013. The State Designated the issues for future Resolution. As of this Date. I have heard Nothing further.

With ALL due Respect. I'm Requesting to have MY Case transferred to this Court.

Respectfully. Submitted

Michael O. Hutchins